IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

LINDA WESTCOTT                                           PLAINTIFF

VERSUS                             CIVIL ACTION NO.A2401-2006-29

BAMACO, INC., DAVID WHITE D/B/A
TYTAC AND CROWLEY LINER SERVICES, INC.                                  DEFENDANTS


FILED NOV 17 2006
GAYLE PARKER
CIRCUIT CLERK
By _____ D.C.

### AMENDED COMPLAINT

(JURY TRIAL REQUESTED)

COMES NOW, Plaintiff Linda Westcott by and through undersigned counsel, and files this her Amended Complaint against the Defendants and for cause of action would respectfully show unto the Court the following, to wit:

(1)

### PARTIES

The Plaintiff, Linda Westcott, is a person of the full age of majority and a resident citizen of Harrison County, Mississippi.

The Defendant, Bamaco, Inc. ("Bamaco") upon information and belief is a foreign corporation and may be served with process though its agent C T Corporation System of MS at 1200 S. Pine Island Rd., Plantation, FL, 33324.

The Defendant, David White d/b/a Tytac ("White") upon information and belief is a person of the full age of majority who can be served with process at 1023 Willow Grove, Monroe, TN 38573.

The Defendant, Crowley Liner Services, Inc. ("Crowley"), upon information and belief is a foreign corporation and may be served with process through its agent Corporation Service Company at 506 S. President Street Jackson, Mississippi 39201.

(2)


EXHIBIT "A"

## JURISDICTION

The incident complained of herein occurred in Gulfport, in Harrison County, Mississippi. Jurisdiction and venue are proper in this court.

(3)

## FACTS

On August 29, 2005, Hurricane Katrina, a category four hurricane, made landfall on the Mississippi Gulf Coast causing large amounts of debris, shipping containers, and other objects to be tossed throughout many neighborhoods on the Mississippi Gulf Coast. A container belonging to Defendant Crowley landed on the street in the front of Plaintiff's rental property located at 600 Woodard Ave. Gulfport, MS.

(4)

Defendant Crowley failed to remove the container in a timely manner, and during clean up efforts, on or about the end of September 2005, the container belonging to Defendant Crowley was pushed on top of Plaintiff's porch causing the porch to be completely destroyed.

(5)

On October 4, 2005, Plaintiff arrived at her rental property where she found an employee of Defendants Bamaco and White in the process of bulldozing and tearing her house down.

(6)

When Plaintiff inquired about why the house was being destroyed, she was told by the employee of Bamaco and White that the Harrison County Corner ordered the house to be destroyed because of human remains inside of the house.

(7)

Plaintiff later found out that there were no human remains inside of her house and that

Harrison County Corner never ordered her house to be destroyed.

(8)

## NEGLIGENCE

The acts of gross negligence of Defendant Crowley which were the proximate cause of Plaintiff's financial loss are as follows:

(a) Failure to properly store its storage containers; and

(b) Failure to remove its container from the street in front of Plaintiff's house in a timely and efficient manner.

(9)

The acts of negligence of Defendants Bamaco and White which were the proximate cause of Plaintiff's financial loss are as follows:

(a) Failure to control or supervise its employees;

(b) Failure to obtain a right of entry form from Plaintiff before destroying Plaintiff's property; and

(c) Destroying Plaintiff's rental property.

(10)

## MISREPRESENTATION

Defendants Bamaco and White misrepresented to Plaintiff that the Harrison County Corner had approved an order for Plaintiff's house to be destroyed because of human remains inside of the house. Plaintiff reasonably relied upon this misrepresentation to her detriment, causing her damages.

(11)

## DAMAGES

As a direct and proximate result of the above wrongful acts of Defendants, Plaintiff has suffered the following damages:

(A) Loss of use and inconvenience;

(B) Cost of replacement of home contents;

(C) Construction costs;

(D) Costs, expenses, and attorney fees;

(E) Cost of repair;

(F) Loss of income;

(G) Emotional distress: Past Present and Future; and

(H) Other such and further legal and equitable relief as the Court shall deem necessary and proper.

(12)

**PRAYER**

The Plaintiff requests judgment against Defendants in the amount justice warrants as determined by the trier of fact, together with the cost of this action, attorneys fees, legal interest as provided by law, all costs of court, and for all other relief reasonably shown to be due herein.

BY: LINDA WESTCOTT
BY: GEORGE W. HEALY, IV & ASSOCIATES

BY: _____
GEORGE W. HEALY, IV, MS BAR NO. 2154
TIMOTHY J. MATUSHESKI, MS BAR NO 100998

George W. Healy, IV.
2224 25th Avenue
Gulfport, Mississippi 39501
Telephone: 228-575-4005
Telefax:    228-575-4006

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day caused to be served the above and foregoing pleading by U.S. mail, postage prepaid to the following:

Ben H. Stone, Esq.
1310 Twenty Fifth Avenue
Gulfport, MS 39501

W. Edward Hatten, Jr., Esq.
P.O. Drawer W
Gulfport, MS 39502

This the 16th day of November, 2006.

_____
Timothy J. Matusheski



**Search**
- **By Business Name**
- **By Business ID**
- **By Officer Name**
- **By Registered Agent**
- **New Corporations**
  Annual Report
- **File Online**
  Verification
- **Verify Certification**
  Online Orders
- **Register for Online Orders**
- **Order Good Standing**
  Fee Schedules
- **Corporations**
- **Limited Partnerships**
- **Limited Liability Partnerships**
- **Limited Liability Companies**
  Miscellaneous
- **Registered Agents**
- **Download Corporate Forms and Instructions**
- **Look Up an SIC**
  Contact
- **Corporations Unit**

Business
Home

**Date:** 11/21/2006

## View Filed Documents

Name History

| Name | Name Type |
|---|---|
| BAMACO, Inc. | Legal |

### Business Corporation - Foreign - Information

| | |
|---|---|
| Business ID: | 883227 |
| Status: | Good Standing |
| Creation Date: | 12/16/2005 |
| State of Incorporation: | FL |
| Principal Office Address: | 6869 Highway 100 West<br>Bunnell FL 32110 |
| Principal Mailing Address: | No Address |
| Listing Address: | No Address |
| Last Annual Report Filed Date: | 6/13/2006 |
| Last Annual Report Filed: | 2006 |
| Annual Report Month: | January |

### Registered Agent

| | |
|---|---|
| Agent Name: | C T CORPORATION SYSTEM |
| Office Address: | 645 LAKELAND EAST DRIVE, S<br>FLOWOOD MS 39232 |
| Mailing Address: | |

### Officers & Directors

Home | Accessibility Policy | Contact Us | E-mail Us | Links | Search

Copyright © 2006 Mississippi Secretary of State. All rights reserved.
Due to the use of DHTML and Java, this Web site is optimized for Microsoft Internet Explorer 5+ or Netscape 6+.

**EXHIBIT**
"B"

https://secure.sos.state.ms.us/busserv/corp/soskb/Corp.asp?407900    11/21/2006

12/16/2005 15:46 3544760156 CT CORPORATION
Case 1:06-cv-01254-HSO-JMR   Document 1-3   Filed 12/14/2006   Page 7 of 13
Business ID: 883227
Date Filed: 12/16/2005 05:00 PM
Eric Clark
Secretary of State

**F0002 - Page 1 of 3**

**OFFICE OF THE MISSISSIPPI S**
P.O. BOX 136, JACKSON, MS 39205-0136    (601) 359-1333
**Application for Certificate of Authority**

The undersigned corporation, pursuant to Section 79-4-15.03 (if a profit corporation) or Section 79-11-367 (if a nonprofit corporation) of the Mississippi Code of 1972, hereby executes the following document and sets forth:

**1. Type of Corporation**

⇨ [x] Profit       [ ] Nonprofit

**2. Name of the Corporation**

⇨ BAMACO, Inc

**3. The future effective date is (Complete if applicable)**

**4. Its state or country of incorporation is**

⇨ Florida

**5. Street Address of the corporation's principal office**

⇨ 6869 Highway 100 West

⇨ City, State, ZIP5, ZIP4: Bunnell    FL    32110

**6. Date of incorporation** 8-27-2003    **Period of duration** Perpetual

**7. Name, Street and Mailing Address of the Registered Agent and Registered Office are**

⇨ Name: C T Corporation System

⇨ Physical Address: c/o C T Corporation System, 645 Lakeland East Drive, Suite 101

⇨ P.O. Box:

⇨ City, State, ZIP5, ZIP4: Flowood    MS    39232

Rev. 01/96
MS019 - 02/19/02 C T System Online

760488 DEC 16 09

12/16/2005 15:48 9544760198 CT CORPORATION PAGE 03/06
Case 1:06-cv-01254-HSO-JMR Document 1-3 Filed 12/14/2006 Page 8 of 13

F0002 - Page 2 of 3

**OFFICE OF THE MISSISSIPPI SECRETARY OF STATE**
P.O. BOX 136, JACKSON, MS 39205-0136 (601) 359-1333
**Application for Certificate of Authority**

### 8. Officers

| Name | Title |
|---|---|
| Robert M Mitchell | President |

→ Business Address: 6869 Highway 100 West
→ City, State, ZIP5, ZIP4: Bunnell, FL 32110 -

| Name | Title |
|---|---|
| Beverly R Mitchell | Vice President |

→ Business Address: 6869 Highway 100 West
→ City, State, ZIP5, ZIP4: Bunnell, FL 32110 -

| Name | Title |
|---|---|
| Beverly R. Mitchell | Secretary |

→ Business Address: 6869 Highway 100 West
→ City, State, ZIP5, ZIP4: Bunnell, FL 32110 -

### 9. Directors

| Name | Title |
|---|---|
| Robert M Mitchell | President |

→ Business Address: 6869 Highway 100 West
→ City, State, ZIP5, ZIP4: Bunnell, FL 32110 -

Rev. 01/96
MS019 - 02/19/02 CT System Online

**F0002 - Page 3 of 3**

**OFFICE OF THE MISSISSIPPI SECRETARY OF STATE**
P.O. BOX 136, JACKSON, MS 39205-0136    (601) 359-1333
**Application for Certificate of Authority**

Name: Beverly R. Mitchell
Title: Vice President
Business Address: 6869 Highway 100 West
City, State, ZIP5, ZIP4: Bunnell, FL, 32110

Name:
Title:
Business Address:
City, State, ZIP5, ZIP4:

**10. FOR NONPROFIT ONLY (Check appropriate box)**

The corporation [ ] has members   [ ] has no members.

**11. Name elected to use in Mississippi is**

BAMACO, Inc.

By: Signature: *Robert M. Mitchell*  (Please keep writing within blocks)

Printed Name: Robert M. Mitchell    Title: President

Rev. 01/96
M8010 - 02/19/02 C T System Online

F0009 - Page 1 of 1

**OFFICE OF THE MISSISSIPPI SECRETARY OF STATE**
P.O. BOX 136, JACKSON, MS 39205-0136  (601) 359-1333
Application for Appointment of Registered Agent

**1. Name of the Corporation**

BAMACO, Inc.

**2. It is incorporated under the laws of**

Florida

**3. Registered Agent**

C T Corporation System

is designated and appointed registered agent of this corporation in the State of Mississippi upon whom service of process against this corporation may be had in the event of any suit against this corporation in said State; and that all prior designations and appointments of registered agents, if any, be and the same hereby revoked.

Witness my signature, and the SEAL of said Company, this the **15** day of **Dec** AD, **2005** (year)

By: Signature _Robert M. Mitchell_  (Please keep writing within blocks)

Printed Name: Mike Mitchell / Robert M. Mitchell    Title: President

The undersigned hereby accepts the above description and appointment of registered agent for service of process

Dated in **PLANTATION** ~~Mississippi~~ **Florida**, the **16th** day of **Dec** AD, **2005** (year)

Signature of Registered Agent:
C T Corporation System
By: _Barbara A. Burke_
BARBARA A. BURKE
SPECIAL ASSISTANT SECRETARY

Physical Address: c/o C T Corporation System, 645 Lakeland East Drive, Suite 101

P.O. Box:

City, State, ZIP5, ZIP4: Flowood  MS  39232

Rev. 01/96
MS019 - 02/1902 C T System Online

# State of Florida
## Department of State

I certify from the records of this office that BAMACO, INC. is a corporation organized under the laws of the State of Florida, filed on August 27, 2003.

The document number of this corporation is P03000094676.

I further certify that said corporation has paid all fees due this office through December 31, 2005, that its most recent annual report was filed on May 27, 2005, and its status is active.

I further certify that said corporation has not filed Articles of Dissolution.

*Given under my hand and the Great Seal of Florida, at Tallahassee, the Capital, this the Fifteenth day of December, 2005*

*Secretary of State*

Authentication ID: 000062209900-121505-P03000094676

To authenticate this certificate, visit the following site, enter this ID, and then follow the instructions displayed.
www.sunbiz.org/auth.html



**WhitePages.com**
search. find. connect.

WACHOVIA ONLINE BANKING
**WITH BILLPAY**
SECURE, FREE, AND EASY-TO-USE    WACHOVIA

| People Search | Business Search | Email Search | Reverse Phone | Reverse Address | Area & ZIP Codes | Tools & Resources |

People Searches | Find Neighbors | International Directories | Batch People Searches | Automate People Lookups

Sign up right now for Vonage and get 1 month FREE.

< NEW SEARCH

Share pictures with David White at Shutterfly!

**Need help finding David White?**

**1 Result** matching "David White, Monroe, TN"

**White, David**
1023 Willow Grove Hwy
Monroe, TN 38573-5313
(931) 823-1914

Power Web Search

Find Neighbors

Save to Address Book or Outlook

Map and Driving Directions

Printer-Friendly

Send Listing to my Email

**View More Records for David White.**
Check Background Records
Instant Criminal Records Report
Search Public Records Results

**View additional records for David White.**

**Powered by 1.800.US.Search**

SPONSORED LINKS

Update Customer Lists
Create Mailing Lists



**Looking for David White?**
All the best search engines piled into one.

[David White]    [Go Fetch!]

Sponsored by DOGPILE



EXHIBIT
"C"

Privacy Concerns? Remove this listing from



# MISSISSIPPI SECRETARY OF STATE
## Business Services

**Date:** 12/5/2006

### View Filed Documents
### Name History

| Name | Name Type |
|---|---|
| CROWLEY LINER SERVICES, INC. | Legal |

### Business Corporation - Foreign - Information

**Business ID:** 679644
**Status:** Good Standing
**Creation Date:** 7/1/1999
**State of Incorporation:** DE
**Principal Office Address:** 9487 REGENCY SQUARE BLVD JACKSONVILLE FL 32225
**Principal Mailing Address:** No Address
**Listing Address:** No Address
**Last Annual Report Filed Date:** 5/24/2006
**Last Annual Report Filed:** 2006
**Annual Report Month:** January

### Registered Agent
**Agent Name:** **CORPORATION SERVICE COM**
**Office Address:** 506 S PRESIDENT ST JACKSON MS 39201

**Mailing Address:**

### Officers & Directors

**Sidebar:** Search — By Business Name, By Business ID, By Official Name, By Registered Agent, New Corporation; Annual Report — File Online; Verification — Verify Certification; Online Orders — Register for Online Orders, Order Good Standing; Fee Schedules — Corporations, Limited Partnerships, Limited Liability Partnerships, Limited Liability Companies; Miscellaneous — Registered Agents, Download Corporate Forms and Instructions, Look Up Firm SIC; Contact — Corporations Unit; Business; Home

**EXHIBIT "D"**

https://secure.sos.state.ms.us/busserv/corp/soskb/Corp.asp?257869    12/5/2006